COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-14-00893-CV

Style:     1221 Eldridge Road, Inc. v. Life Changing Ministries and Fellowship, Inc. Eric Stephens, and Jennifer Stephens

Date motion filed:     November 3, 2015

Type of Motion:     Objection to Mediation

Party filing motion:     Jointly by Appellant and Appellees

It is **ordered** that Appellant's and Appellees' joint objection to mediation is granted. We withdraw our Mediation Order dated October 22, 2015.

Judge's signature: /s/ Rebeca Huddle
        x  Acting individually

Date:  November 17, 2015

<sup>*</sup>     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:     Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).